1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  LUIS REYES RODRIGUEZ-FAUSTINO

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:10-cr-00014 LJO
                                       )
12                  Plaintiff,         )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE HEARING ;
13           v.                        )   ORDER
                                       )
14  LUIS REYES RODRIGUEZ-FAUSTINO,     )   Date:  May 27, 2011
                                       )   Time:  9:00 A.M.
15                  Defendant.         )   Judge: Hon. Lawrence J. O'Neill
                                       )
16  _____)

17

18        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19  attorneys of record herein, that the status conference hearing in the above-captioned matter now set for

20  May 6, 2011 **may be continued to May 27, 2011 at 9:00 A.M.**

21        This continuance is requested because counsel for Mr. Rodriguez-Faustino is scheduled to be out

22  of her office on the date now set for hearing and will not be available to appear in court.  Additionally,

23  counsel needs additional time for further defense preparation and to provide the parties additional time for

24  plea negotiation prior to hearing.  The requested continuance will provide continuity of counsel, will serve

25  the ends of justice and result in economic use of time and resources and will conserve time and resources

26  for all parties and the court.  Assistant United States Attorney Ian Garriques has no objection to this

27  request.

28  ///

1      The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2 justice, including but not limited to, the need for the period of time set forth herein for further defense

3 preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

4                                                    BENJAMIN B. WAGNER
                    United States Attorney

5

6 DATED:  May 2, 2011           /s/ Ian Garriques_____
                    IAN GARRIQUES

7                     Assistant United States Attorney
                    Attorney for Plaintiff

8

9                     DANIEL J. BRODERICK
                    Federal Defender

10

11 DATED:  May 2, 2011           /s/ Melody M. Walcott_____
                    MELODY M. WALCOTT

12                     Assistant Federal Defender
                    Attorney for Defendant

13                     LUIS REYES RODRIGUEZ-FAUSTINO

14

15                             **O R D E R**

16      Time is excluded in the interests of justice pursuant to 18 U.S.C.

17 § 3161(h)(7)(A) and (B).

18

19 IT IS SO ORDERED.

20 **Dated:    May 2, 2011**            **_/s/ Lawrence J. O'Neill_____**
                    UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28